M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

IRA C. TODD
_____
Full name and prison name of
Plaintiff(s)

v.

Nurse Stewart
Sheriff Jay Jones
Major Carry Torbert
Caplian Corry Welch
Lieutenant T. Jones
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

2008 FEB 20 A 10: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

)
)
)
)  CIVIL ACTION NO. 3:08CV123-F
)  (To be supplied by Clerk of U.S. District
)  Court)
)
)
)
)
)
)
)
)
)
)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiff(s) IRA C. TODD

       Defendant(s) Nurse LINDA Stewart

   2.  Court (if federal court, name the district; if state court, name the county)

       LEE County T.K. Davis Justice Center

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Lee County Justice Center*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Lee County Justice Center*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                              ADDRESS

1. *Nurse L. Stewart*
2. *Sheriff Jay Jones*
3. *Major Carry Torbert*
4. *Captian Correy Welch*
5. *Lieutenant T. Jones*
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *12-07-07*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *I ask to have some teeth Removed*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

by it was so many the Dentist had me to be put on the list for a follow up vist and have more pulled but she said that she was going to take me off the list because my mouth don't hurt and that I can have the rest of them pulled when I get out officer Lilly Woodson was standing there when she said it officer Jukes was in the Dentist office when the Dentist said he is going to put me on the follow up list to come back the next week and Corporal Chambers also heard him say I'm putting you down for next week

GROUND TWO: I ask serveral time to be sent back it took from 12-07-08 until February 08-08 now she is saying the same thing again

SUPPORTING FACTS: She told me that I was pushing it that I did not go to the Dentist on the street and that I will have to wait until I get out this time because she have sent me twice already she said also said I'm costing them too much money I need to give someone else a chance to go I have a hole in my gum now where my tooth in the back of my mouth have rubed a hole in my gum and it hurts I can't get nothing from her for it

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I need to go back and have some more pulled and see if I can get some false teeth also if not just get the rest of my teeth pulled

_____ Todd    IRA TODD
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02-15-08**
(Date)

_____ Todd    IRA TODD
Signature of plaintiff(s)

I am unable to get in touch with Clerk up front I have three witness saying this statement is true

Witness ① Phillip McCurdy
② Harold ____
③ Robert McDonald

Izzy Todd #203
P.O.Box 2407
Opelika, AL 36801

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711