IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRA C. TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:08-cv-123-MEF-TFM |
| | ) | |
| NURSE STEWART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW Lee County, Alabama Sheriff Jay Jones, Major Cary Torbert, Captain Corey Welch, Lieutenant Timothy Jones, and Nurse Linda Stewart, Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report and Answer. As reasons for so moving, these Defendants state that the gathering of information with which to respond to the Plaintiff's allegations has taken longer than expected, and additional time is needed in order that a full and complete response may be made.

WHEREFORE, Defendants request an extension of time of twenty-one (21) days from the current deadline of April 1, 2008 in which to file their Special Report and Answer.

Respectfully submitted this 26th day of March, 2008.

                                                                                  **s/Daryl L. Masters**
                                                                                  DARYL L. MASTERS, Bar No. MAS018
                                                                                  Attorney for Defendants Jay Jones, Cary Torbert,
                                                                                   Corey Welch, Timothy Jones, and Linda Stewart
                                                                                   WEBB & ELEY, P.C.
                                                                                   Post Office Box 240909
                                                                                   7475 Halcyon Pointe Dr. (36117)
                                                                                   Montgomery, Alabama  36124
                                                                                   Telephone:  (334) 262-1850
                                                                                   Fax:  (334) 262-1889
                                                                                   E-mail:  dmasters@webbeley.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 26th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Ira C. Todd
Lee County Justice Center
Post Office Box 2407
Opelika, Alabama  36801

           **s/Daryl L. Masters**
           OF COUNSEL