IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRA C. TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:08-cv-123-MEF-TFM |
| | ) | |
| NURSE STEWART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Cary Torbert, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:   This party is an individual.

Respectfully submitted this 28th day of March, 2008.

                                              **s/Daryl L. Masters**
                                              DARYL L. MASTERS, Bar No. MAS018
                                              Attorney for Defendants Jay Jones, Cary Torbert, Corey Welch, Timothy Jones, and Linda Stewart
                                              WEBB & ELEY, P.C.
                                              Post Office Box 240909
                                              7475 Halcyon Pointe Dr. (36117)
                                              Montgomery, Alabama  36124
                                              Telephone:  (334) 262-1850
                                              Fax:  (334) 262-1889
                                              E-mail:  dmasters@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 28th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Ira C. Todd
Lee County Justice Center
Post Office Box 2407
Opelika, Alabama  36801


                                            **s/Daryl L. Masters**
                                            OF COUNSEL