IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IRA C. TODD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:08-cv-123-MEF-TFM |
| ) | |
| NURSE STEWART, et al., ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Linda Stewart, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:   This party is an individual.

Respectfully submitted this 28th day of March, 2008.

> s/Daryl L. Masters
> DARYL L. MASTERS, Bar No. MAS018
> Attorney for Defendants Jay Jones, Cary Torbert,
> Corey Welch, Timothy Jones, and Linda Stewart
> WEBB & ELEY, P.C.
> Post Office Box 240909
> 7475 Halcyon Pointe Dr. (36117)
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  dmasters@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 28th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Ira C. Todd
Lee County Justice Center
Post Office Box 2407
Opelika, Alabama  36801

                                        **s/Daryl L. Masters**
                                        OF COUNSEL