IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRA C. TODD | * | |
|    Plaintiff, | * | |
| v. | * | 3:08-CV-123-MEF |
| NURSE STEWART, *et al.*, | * | |
|    Defendants. | * | |

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Defendants' Motion for Extension of Time (*Doc. No. 6*) is GRANTED; and

2.  Defendants are GRANTED an extension from April 1, 2008 to and including April 21, 2008 to file their answer and written report.

Done, this 1st day of April 2008.

                                                          /s/ Terry F. Moorer
                                                    TERRY F. MOORER
                                                    UNITED STATES MAGISTRATE JUDGE