IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IRA C. TODD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:08-cv-123-MEF-TFM |
| NURSE STEWART, et al., | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW Lee County, Alabama Sheriff Jay Jones, Major Cary Torbert, Captain Corey Welch, Lieutenant Timothy Jones, and Nurse Linda Stewart, Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report and Answer. As reasons for so moving, Defendants' counsel states the following:

1. Due to unforeseen circumstances, the Defendants are either out of their offices, or otherwise unavailable to execute their Affidavits.

2. The Plaintiff herein will not be prejudiced by this extension of time.

WHEREFORE, Defendants request an extension of time of four (4) days from the current deadline of April 21, 2008 in which to file their Special Report and Answer.

Respectfully submitted this 21st day of April, 2008.

                                                **s/Daryl L. Masters**
                                                DARYL L. MASTERS, Bar No. MAS018
                                                Attorney for Defendants Jay Jones, Cary Torbert, Corey Welch, Timothy Jones, and Linda Stewart
                                                WEBB & ELEY, P.C.
                                                Post Office Box 240909
                                                7475 Halcyon Pointe Dr. (36117)
                                                Montgomery, Alabama 36124
                                                Telephone: (334) 262-1850
                                                Fax: (334) 262-1889
                                                E-mail: dmasters@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 21st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Ira C. Todd  
Lee County Justice Center  
Post Office Box 2407  
Opelika, Alabama  36801

                              **s/Daryl L. Masters**  
                              OF COUNSEL